JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUEZO CORTEZ JOSE PLACIDO,<br>Petitioner,<br>v.<br>DAVID A. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-3173-CAS-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed without prejudice.

Dated: September 15, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE